

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00234-CR

Amelia M. **ESQUIVEL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR8571
Honorable Raymond Angelini, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the motion to dismiss appeal filed on May 3, 2013 is MOOT. The motion to dismiss appeal filed on May 6, 2013 is GRANTED, and this appeal is DISMISSED.

SIGNED May 15, 2013.

_____
Catherine Stone, Chief Justice